## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | **Case No. 2:24-bk-53530** |
| | : | **Judge Mina Nami Khorrami** |
| **LEO NEAL, JR.** | : | |
| | : | **Chapter 13** |
| Debtors | : | |

### NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST

Craig T. Matthews and Stephen Harkleroad of Craig T. Matthews & Associates, A Legal Professional Association, enter their appearance as counsel for Thomas Lilly in the matter of *Thomas Lilly vs. Leo Neal, Jr.,* Montgomery County Common Pleas Court Case No. 2019 CV 03620; and *Leo Neal, Jr. vs. Thomas Lilly, et al.*, Montgomery County Common Pleas Court Case No. 2017 CV 03306. As directed by Federal Rule of Bankruptcy Procedure 9010(b), the attorneys' name, office address, telephone number, and facsimile number are:

Craig T. Matthews (0029215)
Stephen Harkleroad (0090847)
Craig T. Matthews & Associates, LPA
320 Regency Ridge Drive
Centerville, Ohio 45459
Telephone: (937) 434-9393
Fax:     (937) 434-9398
Email:  cmatthews@ctmlaw.com
        sharkleroad@ctmlaw.com

Counsel hereby requests that copies of all notices required by the Federal Rules of Bankruptcy Procedure including notices under Rule 2002(I), be given to them by service upon them at the address shown above.

Counsel, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), further requests that copies of all plans and disclosure statements filed herein by any party be served upon them at the address indicated above.

Counsel also hereby requests special notice of all pleadings, motions, applications, and other documents and papers pertaining to the above-captioned case, or any adversary proceeding, contested or uncontested matter therein, including all notices required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, or any other rule or law to be noticed and served upon creditors, any creditors committee, the debtor or any other parties in interest.

This request includes all types of notice referred to in the Federal Rules of Bankruptcy Procedure and also includes, without limitation, the request that counsel as set forth above be served with all papers filed with the Bankruptcy Court, all reports and statements submitted to the United States Trustee, and all notices, orders, applications, complaints, demands, motions, petitions, pleadings and requests, or any other papers brought before the Court in this case, whether formal or informal, written or oral, or whether transmitted or conveyed by mail, delivery, telephone, e-mail or otherwise.

It is requested that all such pleadings, notices, and other papers or communications be directed to its counsel listed above, and that the above address be included in the mailing list that the debtor is required to maintain and properly furnish.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and demand for service of papers nor any subsequent appearance, pleading, proof of claim or other writing or

conduct shall constitute a waiver of any of Thomas Lilly's  (a) rights to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters. All of such rights hereby are reserved and preserved by Thomas Lilly, without exemption and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participant in the case.

Respectfully Submitted,
Craig T. Matthews & Associates,
A Legal Professional Association

*/s/ Craig T. Matthews*

_____
Craig T. Matthews (0029215)
Stephen Harkleroad (0090847)
320 Regency Ridge Drive
Dayton, Ohio 45459
Telephone:  (937) 434-9393
Facsimile:  (937) 434-9398
Email:  cmatthews@ctmlaw.com
            sharkleroad@ctmlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 17, 2024 a copy of the foregoing was served upon the following parties electronically via the Court's ECF System:

Edward A. Bailey                     Karen E. Hamilton,

Chapter 13 Trustee                   Attorney for Debtor

130 E. Wilson Bridge Road            2025 South High Street

Suite 200                            Columbus, Ohio 43207

Worthington, Ohio 43085


Office of the U.S. Trustee

170 North High Street

Suite 200

Columbus, Ohio 43085


*s/ Craig T. Matthews*

_____

Craig T. Matthews (0029215)

Attorney for Creditor Thomas Lilly