**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: Leo Neal Jr | : | Case No: 24-53530 |
| Debtor(s) | : | Chapter 13 Judge: Mina Nami Khorrami |
| | : | 341 Meeting 10/16/2024 |

### CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION

Now comes Edward A. Bailey, Standing Chapter 13 Trustee, and objects to the confirmation of the plan and requests that the Court enter an Order denying confirmation for the reasons set forth below and dismissing the case, pursuant to 11 U.S.C. §1307. This objection supersedes any prior objection filed in this case by the Trustee.

Above median income __X__     Below median income_____

__X__ **11 U.S.C. §1325(a)(1)**-Plan does not comply with all provisions of Chapter 13 of Title 11 and the other applicable provisions of Title 11:

    __X__ Trustee is unable to accurately determine length. **Plan does not provide an interest rate to the secured debt owed to St. Rita's Medical Center.**

    __X__ Plan takes over 60 months to complete. **Plan projects to 90 months as Debtor's plan does not provide treatment for the secured debt owed to Logan County Treasurer.**

    __X__ Other: **Schedule A/B does not disclose Debtor's interest in a probate estate.**

    **Debtor's Schedule A/B does not disclose $46,378.40 that is being held by the Registry Fund from case number 22-51185.**

    __X__ **11 U.S.C. §1325(a)(9)**-Debtor(s) have failed to file all applicable federal, state, and local tax returns for 4 years prior to filing. **The Trustee requests a copy of Debtor's 2023 tax return to verify filing.**

Therefore, the Trustee prays that confirmation is denied and this case be dismissed for cause pursuant to §1307(c).

## TERMS OF THE PLAN:

**Plan Payments:**

**Best Interest Dividend: 100%     Dividend: 100%**

**Length: 90 Months**

Dated: October 22, 2024	Respectfully submitted,

**/s/  Edward A. Bailey**
Edward A. Bailey (0068073)
Chapter 13 Trustee
550 Polaris Parkway, Suite 500
Westerville, OH 43082
Tel: (614)-436-6700
Fax: (614)-436-0190
Email: trustee@ch13.org

CERTIFICATE OF SERVICE

    The undersigned hereby certified that on the date shown below a copy of the Trustee's Objection to Confirmation was served electronically on the Office of the United States Trustee and Debtor's attorney, and on the Debtor(s) at the address as currently shown in the Trustee's records by regular first class mail, postage prepaid.

Dated: October 22, 2024

**/s/ Edward A. Bailey**
Edward A. Bailey (0068073)
Chapter 13 Trustee
550 Polaris Parkway, Suite 500
Westerville, OH 43082
Tel: (614)-436-6700
Fax: (614)-436-0190
Email: trustee@ch13.org