Form vorder

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| *In re*: | : |
|     Leo Neal Jr | :    Case No. 24–53530 |
| | :    Chapter 13 |
|     *Debtor.* | :    Judge Mina Nami Khorrami |
| | : |
| SSN:    xxx–xx–7117 | : |

## NOTICE OF ENTRY OF ORDER

Notice is hereby given that the following order was entered in the above–captioned case:

Confirmation hearing was scheduled for 1/16/2025 but not held. By agreement of Debtor and the Trustee, it is ORDERED that Debtor must resolve all outstanding issues articulated by the Trustee on the 13Network website and the Objection filed by the trustee within 14 days of 1/16/2025. If all the outstanding issues raised by the Trustee are not resolved, the Trustee may file a notice of default under this agreed order and submit a proposed order of dismissal to the Court. Upon the filing of the notice of default and submission of the proposed order of dismissal, the case may be dismissed without further notice or hearing. If all the outstanding issues raised by the Trustee are resolved, the confirmation hearing is continued to 2/25/2025 at 01:00 PM in Columbus Courtroom C, U.S. Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215 before Judge Mina Nami Khorrami.

**IT IS SO ORDERED.**

/s/ Judge Mina Nami Khorrami

*This Notice of Electronic Filing is the official ORDER for this entry* (rjh)

**No unauthorized weapons are permitted on the court's premises. Cellular phones and portable electronic devices are permitted provided that they are not used to take photographs or record any court proceedings unless otherwise authorized by the court.**

Dated: 1/16/25

Copies to:

Debtor