Document      Page 1 of 3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:   Leo Neal Jr. | : | Case No.  24-53530 |
| | : | |
| | : | Chapter 13 |
| Debtor | : | |
| | : | Judge Mina Nami Khorrami |
| | : | |
| | : | Notice of Objection to Proof of claim #6 |

OFFICIAL FORM 20A

**NOTICE OF OBJECTION TO PROOF OF CLAIM**

The Debtor has filed papers with the Court objecting to your Proof of Claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney if you have one.**

If you do not want the court to eliminate or change your claim, then on or before thirty day (30) from the date below, you or your attorney must:

File with the Court, a responsive memorandum explaining your position, at
      Clerk, US Bankruptcy Court
      170 N. High St.
      Columbus, Ohio 43215.

The court mail your responsive memorandum to the Court for filing, you must mail it early enough so the Court will receive it on or before **(30)** days from the date stated below.

1. You must also mail a copy of your responsive memorandum to

   | | |
   |---|---|
   | Karen E. Hamilton | Edward A Bailey |
   | 2025 S High St | Chapter 13 Trustee |
   | Columbus, Ohio 43207 | 550 Polaris Parkway, Suite 500 |
   | | Worthington, Ohio 43082 |

   United States Trustee
   170 N. High Street, Suite 200
   Columbus, Ohio 43215

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to plan and said objection may be granted by the court.

Date: April 16, 2025                                                   /s/ Karen E. Hamilton, 0064808
                                                                                        2025 S. High St
                                                                                        Columbus, Ohio 43207
                                                                                        614 443-7920 614 443-7922 Fax
                                                                                       karen@karenhamiltonlaw.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:   Leo Neal Jr. | : | Case No. 24-53530 |
| | : | |
| | : | Chapter 13 |
| Debtor | : | |
| | : | Judge Mina Nami Khorrami |
| | : | |
| | : | Amended Objection to Proof of claim #6 Logan County Treasurer |

Now comes the Debtor, Kent A Helser, and hereby objects to: Claim #6 filed by Logan County Treasurer 100 S Madriver Rm 104 Bellefontaine, Ohio 43311 filed February 26, 2025.

The proof of claim states that the debtor owes an amount of $82,158.35 for a secured debt.

This objection is being filed to ask for breakdown of where the $82,158.35 figure came from; how much are actual taxes, penalties and the basis of the penalties and taxes exceeding the value of the property value.

Therefore, the Debtor respectfully requests that the claim filed by Logan County Treasurer be denied.

    Respectfully,

    /s/ Karen E. Hamilton, 0064808
    2025 S High St
    Columbus, Ohio 43207
    614 443-7920
    614 443-7922 Fax
    Attorney for Debtor
    karen@karenhamiltonlaw.net

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: Leo Neal Jr. | : | Case No. 24-53530 |
| | : | |
| | : | Chapter 13 |
| Debtor | : | |
| | : | Judge Mina Nami Khorrami |
| | : | |

**NOTICE AND CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Objection to Proof of Claim was served **electronically** on the date of the filing through the court's ECF system on all ECF participants registered in this case at the email address registered with the court: **NOTICE** that the attached request for relief/objection has been filed with the Court. The undersigned will present to the Court a proposed order granting the relief sought unless, within **thirty days (30)** after this date, a written memorandum in opposition, on request for a hearing on such opposition, is filed with the Court and served on the undersigned.

and by **ordinary US Mail** on April 16, 2025, addressed to:

Leo Neal Jr.
5174 Schuylkill St
Columbus, Ohio 43220

The following party was served by certified mail on this 16th day of April 2025

Logan County Treasurer
100 S Madriver Rm 104
Bellefontaine, Ohio 43311

/s/ Karen E. Hamilton, 0064808
2025 S High St
Columbus, Ohio 43207
614 443-7920
614 443-7922 Fax karen@karenhamiltonlaw.net