**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: Leo Neal Jr | ) | BANKRUPTCY CASE NO. 24-53530 |
| | ) | |
| | ) | CHAPTER 13 |
| Debtor | ) | |
| | ) | JUDGE MINA NAMI KHORRAMI |
| | ) | |

## WITHDRAWAL OF THE OBJECTION TO CLAIM

Now comes, the Debtor, **Leo Neal Jr** by and through counsel, withdraw of the Objection to Claim, **Doc #30.**

Respectfully,

/s/ Karen E. Hamilton, #0064808
2025 S High St
Columbus, Ohio 43207
(614) 443-7920
(614) 449-7922 fax
karen@karenhamiltonlaw.net
Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Withdraw objection to claim was served **electronically** on the date of the filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court:

and by **ordinary US Mail** on April 23, 2025, addressed to:

Leo Neal Jr.
5174 Schuylkill St
Columbus, Ohio 43220

Logan County Treasurer
100 S Madriver Rm 104
Bellefontaine, Ohio 43311

/s/ Karen E. Hamilton, 0064808
2025 S High St
Columbus, Ohio 43207
(614) 443-7920
(614) 443-7922 (fax)
karen@karenhamiltonlaw.net