**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Mina Nami Khorrami
United States Bankruptcy Judge

**Dated: April 23, 2025**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| *In re:* : | |
| LEO NEAL, JR. : | Case No. 24-53530 |
| : | Chapter 13 |
| : | Judge Mina Nami Khorrami |
| : | |
| *Debtor(s).* : | |

### ORDER REGARDING OBJECTION TO CLAIM (DOC. NO. 32)
### DUE TO NONCOMPLIANCE WITH CODE AND/OR RULES

The above-captioned Objection to Claim (hereinafter, the "Objection") does not comply with the United States Bankruptcy Code and/or the Federal/Local Rules of Bankruptcy Procedure as noted below:

☒ The body of the Objection states that a person other than the debtor in this case is objecting to the claim.

It is further **ORDERED** that the objecting party shall file within fourteen (14) days from the entry of this Order an amended Objection consistent with this Order.  If an amended Objection is not filed within fourteen (14) days from the entry of this Order, the Court may overrule the Objection without further notice or hearing.

**SO ORDERED.**

Copies To:
Default List