**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Leo Neal Jr.** | ) | Case No. 24-53530 |
| | ) | |
| | ) | |
| | ) | **Chapter 13** |
| | ) | |
| | ) | **JUDGE MINA NAMI KHORRAMI** |

**WITHDRAW OF COUNSEL MOTION TO WITHDRAW**
**(DOC # 34)**

Now comes the Counsel for the Debtor's to Withdraw the Motion to Withdraw as Counsel in the Case at Bar. Debtor and counsel have resolved the communication issue and the therefore Counsel is able to continue in the representation of Debtor..

.

Respectfully,

/s/ Karen E. Hamilton, 0064808
Karen E Hamilton
2025 S High Street, Suite1
Columbus, Ohio 43207
(614) 443-7920
(614) 443-7922 fax

karen@karenhamiltonlaw.net

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the Withdrawal was served on the following registered ECF participants, electronically through the Court's transmission facilities at their email addresses with the Court.

    The following parties were served by regular US Mail, postage prepaid this 30th day of April 2025.

Leo Neal Jr.
5174 Schuykill Street
Columbus, Ohio  43220

/s/ Karen E. Hamilton, 0064808
Karen E Hamilton
2025 S High Street, Suite1
Columbus, Ohio  43207
(614) 443-7920
(614) 443-7922  fax

karen@karenhamiltonlaw.net