Form 30hrgbk
(Rev. 9/24)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

*In re*:
    Leo Neal Jr

    *Debtor.*

SSN: xxx–xx–7117

Case No. 24–53530
Chapter 13
Judge Mina Nami Khorrami

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held at:

ADDRESS:   Courtroom C, U.S. Bankruptcy Court, 170 North High Street, Fifth Floor, Columbus, OH 43215

DATE:   6/10/25

TIME:   09:30 AM

    **TO CONSIDER AND ACT ON THE FOLLOWING MATTERS** and transact such other business as may properly come before the Court: [30] Objection to (Claim # 6) by Claimant Logan County Treasurer Filed by Debtor Leo Neal Jr, [32] Objection to Claim filed by Debtor Leo Neal, [36] Amended Objection to Claim filed by Debtor Leo Neal.

All parties shall be prepared to present all witnesses and other evidence at the hearing. Any party intending to present documentary evidence or call witnesses shall, not later than three (3) business days prior to the hearing, file with the court and exchange with opposing party witness and exhibit lists completed as prescribed by Local Bankruptcy Rule Form 7016–1, Attachments A and B. **Exhibits not timely exchanged may not be admitted. Witnesses not timely identified may be precluded from testifying at trial.**

**Each party shall pre–mark all exhibits.** The Court will not provide exhibit stickers and, absent unusual circumstances, the Courtroom Deputy will not mark exhibits during the course of the trial. The trial will not commence until all exhibits have been suitably labeled and a set of exhibits provided to the Court.

**No unauthorized weapons are permitted on the court's premises. Cellular phones and portable electronic devices are permitted provided that they are not used to take photographs or record any court proceedings unless otherwise authorized by the court.**

Dated: May 16, 2025

                                              FOR THE COURT:
                                              Richard B. Jones
                                              Clerk, U.S. Bankruptcy Court