**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Mina Nami Khorrami
United States Bankruptcy Judge

**Dated: June 4, 2025**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**Re:**                                                      **Case No.  24-53530**
**LEO NEAL JR.**

                                                                                 Chapter 13

                                                                         **JUDGE MINA NAMI KHORRAMI**

**AGREED ORDER CONTINUING THE HEARING
ON DEBTOR'S OBJECTION TO PROOF OF CLAIM #6
OF LOGAN COUNTY (DOCKET # 32)**

      This cause came on for the consideration of the Court upon the Debtor's Objection to Claim #6 of Logan County, and the Response filed, Doc # 38.

      Both parties are in agreement to continue the Hearing originally scheduled for June 10th, 2025 at 9:30 am **to August 14th, 20205 at 9:30 am in Courtroom C, Fifth Floor, US. Bankruptcy Court, 170 N. High Street, Columbus, Ohio 43215.**

**All parties shall be prepared to present all witnesses and other evidence at the hearing. Any party intending to present documentary evidence or call witnesses shall, not later than three (3) business days prior to the hearing, file with the court and exchange with opposing party witness and exhibit lists completed as prescribed by Local Bankruptcy Rule Form 7016–1, Attachments A and B. Exhibits not timely exchanged may not be admitted. Witnesses not timely identified may be precluded from testifying at trial.**

**Each party shall pre-mark all exhibits. The Court will not provide exhibit stickers and, absent unusual circumstances, the Courtroom Deputy will not mark exhibits during the course of the trial. The trial will not commence until all exhibits have been suitably labeled and a set of exhibits provided to the Court.**

IT IS SO ORDERED:


Submitted by:



/s/ Karen E Hamilton,  0064808

Karen E Hamilton
2025 S High Street, Suite 1
Columbus, Ohio 43207
(614)  443-7920 Phone
(614)  443-7922  fax

Karen@karenhamiltonlaw.net


/s/ Nathan Yohey_____
Breanne N. Parcels (0089370)
Nathan Yohey (0082595
Logan County Assistant Prosecuting Attorneys
117 E Columbus Ave, Suite 200
Bellefontaine, Ohi 43311
937 599-7272 Phone
Bparcels@logancountyohio.gov
Nathan.yohey@logancountyohio.gov

/s/ Edward A Bailey DTP     (0076375 )
Edward A Bailey, Chapter 13 Trustee
130 E Wilson Bridge Rd, Suite 200
Worthington, Ohi o43085
(614)  436-6700 Phone
(614)  436-0190  fax

trustee@ch13.org


IT IS SO ORDERED

s/ Karen E. Hamilton

Karen E. Hamilton, 064808
2025 S High Street, Suite 1
Columbus, Ohio  43207
614 443-7920 phone
614 443-7922  fax
Karen @karenhamiltonlaw.net


Served on:

Default List

Logan County Treasurer, 100 S Madriver, Room 104, Bellefontaine, Ohio 43311

Breanne N. Parcels, Esq, 117 E Columbus Ave, Suite 200, Bellefontaine, Ohio 43311


###