Form 30orfsty  
(Rev. 9/24)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| *In re*: | : | |
|     Leo Neal Jr | : | Case No. 24–53530 |
| | : | Chapter 13 |
|     *Debtor.* | : | Judge Mina Nami Khorrami |
| | : | |
| SSN:   xxx–xx–7117 | : | |

### ORDER CONTINUING AUTOMATIC STAY, SCHEDULING FINAL HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND ORDERING OTHER MATTERS

Upon consideration of a motion for relief from automatic stay filed by The Rittenhouse Square Condominium Association pursuant to 11 U.S.C. §362(d) and the response filed by Debtor Leo Neal Jr, it is hereby **ORDERED:**

  1. That the stay imposed by 11 U.S.C. §362(a) is hereby continued in effect until hearing is held or the Court orders otherwise.

  2. The final hearing on this matter shall be held before the Court on **August 14, 2025 at 09:30 AM in Courtroom C, Fifth Floor, U.S. Bankruptcy Court, 170 North High Street, Columbus, OH 43215.**

  3. Should any party fail to appear at the hearing, the Court may dismiss or deny the motion, grant the relief requested, impose sanctions, or take such other action as authorized by law.

  4. All parties shall be prepared to present all witnesses and other evidence at the hearing. Any party intending to present documentary evidence or call witnesses shall, **not later than three (3) business days prior to the hearing,** file with the court and exchange with opposing party witness and exhibit lists completed as prescribed by Local Bankruptcy Rule Form 7016–1, Attachments A and B. **Exhibits not timely exchanged may not be admitted. Witnesses not timely identified may be precluded from testifying at trial.**

  5. **Each party shall pre–mark all exhibits.** The Court will not provide exhibit stickers and, absent unusual circumstances, the Courtroom Deputy will not mark exhibits during the course of the trial. The trial will not commence until all exhibits have been suitably labeled and a set of exhibits provided to the Court.

**No unauthorized weapons are permitted on the court's premises. Cellular phones and portable electronic devices are permitted provided that they are not used to take photographs or record any court proceedings unless otherwise authorized by the court.**

Dated: July 8, 2025

*/s/ Mina Nami Khorrami*  
Mina Nami Khorrami  
United States Bankruptcy Judge